# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUAR STOKES | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-cv-4703 |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Respondents. | : | |

## ORDER

This 19th day of May, 2022, upon careful and independent consideration of the petition for Writ of Habeas Corpus, together with the response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for Writ of Habeas Corpus is **TRANSFERRED** to the District Court for the District of New Jersey.

3. There is no probable cause to issue a certificate of appealability.

    /s/ Gerald Austin McHugh
United States District Judge